UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                  Case No.:     __25-17324-VFP__

KRISTEN PRESSEY,                                              Chapter:      __13__

                                        Debtor.                    Judge:         __Vincent F. Papalia__

---

## NOTICE OF PROPOSED PRIVATE SALE

__Kristen Pressey__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| 50 Walnut Street |
| Newark, NJ 07102 |
| Courtroom 3B |

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __09/04/2025__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: |
|---|
| 41 Spring Hill Road |
| Clifton, NJ 07013 |

| Proposed Purchaser: |
|---|
| Sujelry Ceballo |

| Sale price: |
|---|
| $575,000.00 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Alexandra Constandinou, Realtor; Joseph V. MacMahon, Esq |
|---|---|
| Amount to be paid: | $11,500; $1775 |
| Services rendered: | Listing, contacting potential buyers, etc.; Closing the Property |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Rahaf Alrehaili, Esq.

Address: 1 Harmon Meadow Blvd Ste 201, Secaucus, NJ 07094

Telephone No.: 973-826-5746

*rev.8/1/15*

2