UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
973-566-4148
Rahaf Alrehaili, Esq.
Email: ralrehaili@scura.com
Counsel for Debtor

| | |
|---|---|
| Case No.: | 25-17324-VFP |
| Chapter: | 13 |

In Re:

Kristen Pressey,

Debtor.

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | 9/4/2025 10:00AM |
| Judge: | VFP |

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_ :

　　☐ represent _____ in the this matter.

　　☒ am the secretary/paralegal for _SWHS&C, LLP_, who represents
_Debtor_ in the this matter.

　　☐ am the _____ in the this case and am representing myself.

2.  On _____August 7, 2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

　　Notice of Proposed Private Sale re: 41 Spring Hill Road Clifton, NJ 07013 (Dkt.14); Motion to Sell 41 Spring Hill Road Clifton, NJ 07013, Brief, Certification Real Estate Agent, Certification Debtor, Exhibit A (Purchase Agreement), Exhibit B (Current Market Analysis), and Proposed Order (Dkt.15) ■

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _August 7, 2025_

　　　　　　　　　　　　　　/s/ Silvia Pereyra
　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kristen Pressey<br>41 Spring Hill Road<br>Clifton, NJ 07013 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Select Portfolio Servicing<br>3815 S West Temple,<br>Salt Lake City, UT 84115 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Secured Creditor Select Portfolio Servicing  /<br>Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Trystone Capital Assets LLC<br>Attn: President/CEO/Registered Agent<br>P.O. Box 1030,<br>Brick, NJ 08723 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Trystone Capital Assets LLC<br>Attn: President/CEO/Registered Agent<br>575 Route 70, 2nd Floor<br>Brick, NJ 08723 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Alexandra Constandinou<br>Nicholas Real Estates Agency<br>1624 Main Avenue<br>Clifton, NJ 07011 | Realtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Internal Revenue Service<br>PO Box 7346,<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey, Division of Taxation Compliance and Enforcement - Bankruptcy Unit 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of the Attorney General New Jersey Attorney General Office Division of Law Richard J. Hughes Justice Complex 25 Market Street, P.O. Box 112 Trenton, NJ 08625-0112 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Caine & Weiner 15025 Oxnard Street, Van Nuys, CA 91411 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Damico Law Offices, LLC. 420 Totowa Road 2nd Floor, Totowa, NJ 07512 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| GEICO Remittance Center<br>P.O. Box 70775<br>Philadelphia, PA 19176 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Gentle Dental<br>531 Ridge Road,<br>Lyndhurst, NJ 07071 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jefferson Capital Systems LLC<br>200 14th Avenue E,<br>Saint Cloud, MN 56303 | Collection agency for PNC Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank, N.A.,<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis A. Greenfield<br>P.O. Box 17210<br>Golden, CO 80402 | Collection agency for PNC Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Neurology Group of Bergen Cou.<br>P.O. Box 14000,<br>Belfast, ME 04915 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank, N.A.<br>1 National City Pkwy.,<br>Kalamazoo, MI 49009 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062 | Collection agency for PNC Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Radiology Associates of Ridgewood P.A. 20 Franklin Turnpike, Waldwick, NJ 07463 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Summit Medical Group, PA P.O. Box 14000, Belfast, ME 04915 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| The Valley Hospital P.O. Box 18998, Newark, NJ 07191 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Irving Kaplan & Associates 130A West Westfield Avenue Roselle Park, NJ 07204 | Collection agency for The Valley Hospital | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

**U.S. Postal Service™** *Kristen Pressey*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Notice of Proposed Private Sale*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee                                    *08.07.25 - Ch.13*
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)        $                    Postmark
☐ Certified Mail Restricted Delivery $                     Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage

Trystone Capital Assets LLC
Attn: President/CEO/Registered Agent
575 Route 70, 2nd Floor
Brick, NJ 08723

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Kristen Pressey*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Notice of proposed Private Sale*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee                                    *08.07.25 - Ch.13*
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)        $                    Postmark
☐ Certified Mail Restricted Delivery $                     Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage

Denise E. Carlon, Esq.
KML Law Group, PC
701 Market Street Suite 5000
Philadelphia, PA 19106

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Kristen Pressey*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Notice of Proposed Private Sale*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee                                    *08.07.25 - Ch.13*
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)        $                    Postmark
☐ Certified Mail Restricted Delivery $                     Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage

Trystone Capital Assets LLC
Attn: President/CEO/Registered Agent
P.O. Box 1030,
Brick, NJ 08723

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™** *Kristen Pressey*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Notice of Proposed Private Sale*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee                                    *08.07.25 - Ch.13*
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)        $                    Postmark
☐ Certified Mail Restricted Delivery $                     Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage

Louis A. Greenfield
P.O. Box 17210
Golden, CO 80402

PS Form 3800, January 2023 PSN 7530-02-000-9047    for Instructions