Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−17324−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kristen Pressey
41 Spring Hill Road
Clifton, NJ 07013

Social Security No.:
xxx−xx−6779

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               9/18/25
Time:               08:30 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 7, 2025
JAN: mlc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 25-17324-VFP

Kristen Pressey                                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 2

Date Rcvd: Aug 07, 2025                           Form ID: 132                             Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kristen Pressey, 41 Spring Hill Road, Clifton, NJ 07013-2316 |
| r | + | Alexandra Constandinou, Nicholas Real Estates Agency, 1624 Main Avenue, Clifton, NJ 07011-2112 |
| 520742630 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 15025 Oxnard Street, Van Nuys, CA 91411 |
| 520742632 | + | Damico Law Offices, LLC., 420 Totowa Road, 2nd Floor, Totowa, NJ 07512-2073 |
| 520742634 | + | Gentle Dental, 531 Ridge Road, Lyndhurst, NJ 07071-2739 |
| 520742636 | + | Irving Kaplan & Associates, 130A West Westfield Avenue, Roselle Park, NJ 07204-1817 |
| 520742637 | | Jefferson Capital Systems LLC, 200 14th Avenue E, Saint Cloud, MN 56303 |
| 520742639 | + | Louis A. Greenfield, P.O. Box 17210, Golden, CO 80402-6020 |
| 520742640 | + | Neurology Group of Bergen Cou., P.O. Box 14000, Belfast, ME 04915-4033 |
| 520742644 | + | Radiology Associates of Ridgewood P.A., 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 520742648 | + | The Valley Hospital, P.O. Box 18998, Newark, NJ 07191-8998 |
| 520773131 | + | Trystone Capital Assets LLC, PO Box 1030, Brick, NJ 08723-0090 |

TOTAL: 12


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520742631 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 07 2025 20:42:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520742635 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2025 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520742638 | ^ | MEBN | Aug 07 2025 20:39:15 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520742641 | ^ | MEBN | Aug 07 2025 20:39:21 | New Jersey Attorney General Office Div. of La, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520742642 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2025 20:40:00 | PNC Bank, N.A., 1 National City Pkwy., Kalamazoo, MI 49009 |
| 520742643 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2025 20:40:00 | PNC Bank, N.A., 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520742646 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 07 2025 20:41:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |

District/off: 0312-2                          User: admin                                    Page 2 of 2

Date Rcvd: Aug 07, 2025                        Form ID: 132                                 Total Noticed: 23

| 520742645 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Aug 07 2025 20:42:00 | Select Portfolio Servicing, 3815 S West Temple, Salt Lake City, UT 84115 |
| 520742647 | ^ MEBN | | |
| | | Aug 07 2025 20:39:34 | Summit Medical Group, PA, P.O. Box 14000, Belfast, ME 04915-4033 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520742633 | | Geico, P.O. Box 70775 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2018-RPL1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Kristen Pressey pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com |
| Rahaf Alrehaili | on behalf of Debtor Kristen Pressey ralrehaili@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;dwoody@scura.com;spereyra@scura.com;vmajano@scura.com;mpopick@scura.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5