UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Rahaf Alrehaili, Esq.
Email: ralrehaili@scura.com
Counsel for Debtor

Order Filed on August 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kristen Pressey
                Debtor.

Case No.: 25-17324

Chapter: 13

Judge: VFP

## ORDER AUTHORIZING RETENTION OF

Joseph V. MacMahon, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2025**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____Joseph V. MacMahon_____ as _____Real Estate Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Joseph V. MacMahon Law Firm
   169 Ramapo Valley Rd Unit LL101
   Oakland, New Jersey 07436

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*