| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>CSMC 2018-RPL1 Trust | |
| In Re:<br><br>Kristen Pressey,<br><br>Debtor | Case No.:　　25-17324-VFP<br><br>Chapter:　　13<br><br>Hearing Date:　　09/18/2015<br><br>Judge:　　Papalia |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled　　　☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 28)

Date: 09/17/2025　　　　　　　　　　　　　　/s/ Denise Carlon
　　　　　　　　　　　　　　　　　　　　　　Signature

*rev.8/1/15*