Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−17324−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristen Pressey
   41 Spring Hill Road
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−6779

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        10/16/25
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470
973−696−8391
Email: dstevens@scura.com

COMMISSION OR FEES
$12,394.50

EXPENSES
$944.20

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 19, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-17324-VFP

Kristen Pressey  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3

Date Rcvd: Sep 19, 2025      Form ID: 137      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen Pressey, 41 Spring Hill Road, Clifton, NJ 07013-2316 |
| r | + | Alexandra Constandinou, Nicholas Real Estates Agency, 1624 Main Avenue, Clifton, NJ 07011-2112 |
| 520742630 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 15025 Oxnard Street, Van Nuys, CA 91411 |
| 520742632 | + | Damico Law Offices, LLC., 420 Totowa Road, 2nd Floor, Totowa, NJ 07512-2073 |
| 520742634 | + | Gentle Dental, 531 Ridge Road, Lyndhurst, NJ 07071-2739 |
| 520742636 | + | Irving Kaplan & Associates, 130A West Westfield Avenue, Roselle Park, NJ 07204-1817 |
| 520742637 | | Jefferson Capital Systems LLC, 200 14th Avenue E, Saint Cloud, MN 56303 |
| 520742639 | + | Louis A. Greenfield, P.O. Box 17210, Golden, CO 80402-6020 |
| 520742640 | + | Neurology Group of Bergen Cou., P.O. Box 14000, Belfast, ME 04915-4033 |
| 520742644 | + | Radiology Associates of Ridgewood P.A., 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 520742648 | + | The Valley Hospital, P.O. Box 18998, Newark, NJ 07191-8998 |
| 520773131 | + | Trystone Capital Assets LLC, PO Box 1030, Brick, NJ 08723-0090 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2025 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2025 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520797805 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 20:40:49 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520812050 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2025 20:35:00 | CSMC 2018-RPL1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520742631 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 19 2025 20:35:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520742635 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2025 20:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520790888 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2025 20:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520742638 | ^ | MEBN | Sep 19 2025 20:33:36 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520797796 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 20:40:49 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520742641 | ^ | MEBN | Sep 19 2025 20:31:59 | New Jersey Attorney General Office Div. of La, |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520742642 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2025 20:33:00 | PNC Bank, N.A., 1 National City Pkwy., Kalamazoo, MI 49009 |
| 520742643 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2025 20:33:00 | PNC Bank, N.A., 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520742646 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 19 2025 20:33:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520742645 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2025 20:35:00 | Select Portfolio Servicing, 3815 S West Temple, Salt Lake City, UT 84115 |
| 520742647 | ^ MEBN | Sep 19 2025 20:33:21 | Summit Medical Group, PA, P.O. Box 14000, Belfast, ME 04915-4033 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520742633 | | Geico, P.O. Box 70775 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Kristen Pressey dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| Denise E. Carlon | on behalf of Creditor CSMC 2018-RPL1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Kristen Pressey pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;nrincon@scura.com |
| Rahaf Alrehaili | on behalf of Debtor Kristen Pressey ralrehaili@scura.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: 137 | Total Noticed: 27 |

        ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;dwoody@scura.com;spereyra@scura.com;vmajano@scura.com;nrincon@scura.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6