Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−17324−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kristen Pressey
    41 Spring Hill Road
    Clifton, NJ 07013

Social Security No.:
    xxx−xx−6779

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATE OF DEBTOR EDUCATION

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider or the debtor may file a Certificate of Debtor Education proving compliance with the financial management course requirement for discharge (a separate Certificate must be filed for each debtor in a joint case). The Certificate must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s) or from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: October 10, 2025
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 25-17324-VFP

Kristen Pressey                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: finmgtc | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristen Pressey, 41 Spring Hill Road, Clifton, NJ 07013-2316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 10 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 10 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | |
| | on behalf of Debtor Kristen Pressey dstevens@scura.com |
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer |

District/off: 0312-2    User: admin    Page 2 of 2
Date Rcvd: Oct 10, 2025    Form ID: finmgtc    Total Noticed: 3

o@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon

Denise E. Carlon

on behalf of Creditor CSMC 2018-RPL1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Paul Evangelista

on behalf of Debtor Kristen Pressey pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@
scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;nrincon@scura.com

Rahaf Alrehaili

on behalf of Debtor Kristen Pressey ralrehaili@scura.com
ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;dwood
y@scura.com;spereyra@scura.com;vmajano@scura.com;nrincon@scura.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6