UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
973-696-8391
David L. Stevens, Esq.
Email: dstevens@scura.com
Counsel for Debtor

In Re:

Kristen Pressey,

Debtor.

Case No.: 25-17324-VFP

Chapter: 13

Hearing Date: _____

Judge: VFP

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Motion to dismiss case for other reasons re:voluntarily dismissal pursuant to 11 U.S.C. § 1307(b) (Dkt.46)

Date: 10/29/2025

/s/ David L. Stevens, Esq.
Signature

*rev.8/1/15*