Form clsnodsc − ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−17324−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kristen Pressey
44 Scoles Ave.
Clifton, NJ 07012

Social Security No.:
xxx−xx−6779

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after July 29, 2026 for the reason(s) indicated below.

☑  Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐  Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 29, 2026
JAN: mlc

Jeanne Naughton
Clerk