**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kristen Pressey** | Social Security number or ITIN   xxx–xx–6779 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   25–17324–VFP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristen Pressey

7/30/26

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W    **Chapter 13 Discharge**    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 25-17324-VFP

Kristen Pressey                                                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                     Page 1 of 3

Date Rcvd: Jul 30, 2026                       Form ID: 3180W                                   Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kristen Pressey, 44 Scoles Ave., Clifton, NJ 07012-1250 |
| r | + | Alexandra Constandinou, Nicholas Real Estates Agency, 1624 Main Avenue, Clifton, NJ 07011-2112 |
| 520742630 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 15025 Oxnard Street, Van Nuys, CA 91411 |
| 520742632 | + | Damico Law Offices, LLC., 420 Totowa Road, 2nd Floor, Totowa, NJ 07512-2073 |
| 520742634 | + | Gentle Dental, 531 Ridge Road, Lyndhurst, NJ 07071-2739 |
| 520742636 | + | Irving Kaplan & Associates, 130A West Westfield Avenue, Roselle Park, NJ 07204-1817 |
| 520742637 | | Jefferson Capital Systems LLC, 200 14th Avenue E, Saint Cloud, MN 56303 |
| 520742640 | + | Neurology Group of Bergen Cou., P.O. Box 14000, Belfast, ME 04915-4033 |
| 520742644 | + | Radiology Associates of Ridgewood P.A., 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 520742648 | + | The Valley Hospital, P.O. Box 18998, Newark, NJ 07191-8998 |
| 520773131 | + | Trystone Capital Assets LLC, PO Box 1030, Brick, NJ 08723-0090 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520797805 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 21:32:56 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520812050 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 30 2026 21:34:00 | CSMC 2018-RPL1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520742631 | + | EDI: CCS.COM | Jul 31 2026 01:14:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520742635 | + | EDI: IRS.COM | Jul 31 2026 01:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520790888 | | EDI: JEFFERSONCAP.COM | Jul 31 2026 01:14:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520742638 | ^ | MEBN | Jul 30 2026 21:26:22 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520797796 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 21:33:09 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520742639 | + | EDI: JEFFERSONCAP.COM | Jul 31 2026 01:14:00 | Louis A. Greenfield, P.O. Box 17210, Golden, CO 80402-6020 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: 3180W | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| 520742641 | ^ MEBN | Jul 30 2026 21:26:40 | New Jersey Attorney General Office Div. of La, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520742642 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2026 21:33:00 | PNC Bank, N.A., 1 National City Pkwy., Kalamazoo, MI 49009 |
| 520742643 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2026 21:33:00 | PNC Bank, N.A., 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520742646 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 30 2026 21:33:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520742645 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 30 2026 21:34:00 | Select Portfolio Servicing, 3815 S West Temple, Salt Lake City, UT 84115 |
| 520742647 | ^ MEBN | Jul 30 2026 21:28:35 | Summit Medical Group, PA, P.O. Box 14000, Belfast, ME 04915-4033 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520742633 | | Geico, P.O. Box 70775 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Kristen Pressey dstevens@clearpath.law  4451388420@filings.docketbird.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CSMC 2018-RPL1 Trust bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Paul Evangelista | on behalf of Debtor Kristen Pressey pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amurphy@scura.com;pevangelista@scura.com |
| Rahaf Alrehaili | on behalf of Debtor Kristen Pressey ralrehaili@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;spereyra@scura.com;vmajan |

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 30, 2026                       Form ID: 3180W                             Total Noticed: 27

                        o@scura.com

U.S. Trustee

                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6